1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEROMY OELKER,

      Plaintiff(s),

v.

JUDGE RICHARD F. BOULWARE,

      Defendant(s).

Case No. 2:24-cv-01183-NJK

**Order**

     With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

     IT IS SO ORDERED.

     Dated: June 28, 2024

_____
Nancy J. Koppe
United States Magistrate Judge