UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEROMY OELKER,<br><br>               Plaintiff,<br><br>v.<br><br>JUDGE RICHARD F. BOULWARE,<br><br>               Defendant. | Case No. 2:24-cv-01183-APG-MDC<br><br>**Order Accepting Report and Recommendation, Denying Motions, and Dismissing Case**<br><br>[ECF Nos. 1, 9, 10] |

      Magistrate Judge Couvillier recommends dismissal of plaintiff Jeromy Oelker's complaint because his claims are barred by judicial immunity. ECF No. 9.  In response, Oelker filed a motion to recuse Judge Couvillier, which I will also treat as an objection to the recommended dismissal. ECF No. 10.

      I have conducted a de novo review of the issues set forth in Judge Couvillier' Report and Recommendation under Local Rule IB 3-2.  Oelker's objection does not rebut Judge Couvillier's findings or conclusions or offer any reason why I should not accept his recommendation.  Judge Couvillier correctly found that Oelker's claims are barred by judicial immunity so they must be dismissed with prejudice.  Judge Couvillier's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

      In addition, Oelker has not offered sufficient reasons why Judge Couvillier should be recused from this case.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the Report and Recommendation **(ECF No. 9) is accepted**, and this case is DISMISSED with prejudice.  Oelker's application to proceed in forma pauperis **(ECF No. 1) is denied** as moot and the motion for recusal **(ECF No. 10) is DENIED**.  The clerk of the court shall enter judgment accordingly.

Dated:  August 30, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE